
# IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF GEORGIA
## WAYCROSS DIVISION

FRANKLIN L. WILLIAMS, )
)
Petitioner, )
)
v. )    CASE NOS. CV511-019
)              CR506-014
UNITED STATES OF AMERICA, )
)
Respondent. )
)

## O R D E R

Before the Court are Petitioner Franklin L. Williams's
Notice of Appeal (Doc. 24), which this Court construes as a
request for a Certificate of Appealability, Motion for
Leave to Appeal In Forma Pauperis (Doc. 27), Motion to Show
Cause (Doc. 17), Motion to Transfer Writ of Error Coram
Nobis as to Second and Successive Appeal (Doc. 22), Motion
for Update (Doc. 28), and Motion to Expedite for Judgment
of Order (Doc. 30).

Pursuant to 28 U.S.C. § 2253(c), an appeal may not be
taken in this matter unless the court issues a Certificate
of Appealability. This certificate may issue only if
Petitioner has made a substantial showing of the denial of
a constitutional right. Slack v. McDaniel, 529 U.S. 473,
484 (2000). The Court has carefully considered
Petitioner's request and finds that he cannot meet the

above standard. Accordingly, Petitioner's request for a Certificate of Appealability (Doc. 24) is **DENIED**. As a result, Petitioner's Motion for Leave to Appeal In Forma Pauperis (Doc. 27) is **DISMISSED AS MOOT**.

In addition, Petitioner's Motion to Show Cause (Doc. 17), Motion for Update (Doc. 28), and Motion to Expedite for Judgment of Order (Doc. 30) are also **DISMISSED AS MOOT**. After carefully considering Petitioner's Motion to Transfer Writ of Error Coram Nobis as to Second and Successive Appeal (Doc. 22), the Court can discern no grounds for the requested relief. Accordingly, Petitioner's Motion to Transfer (Doc. 22) is **DENIED**.

SO ORDERED this 26th day of October 2011.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2